JAMES W. COLLINS, Respondent, v. RICHARD CHILDS, Appellant.

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.   [See 1 A D 2d 852.]